106 A.3d 670

**Rev. Dr. Sandra M. THOMAS, Petitioner**

v.

**The PRESBYTERIAN CHURCH OF CHESTNUT HILL, The Presbytery of Philadelphia, Inc., The Presbyterian Synod of the Trinity, Inc., and The Presbyterian Church (USA), Inc., Respondents.**

Supreme Court of Pennsylvania.

Dec. 17, 2014.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Emergency Motion to Seal the Record in this matter is hereby Granted and the Petition for Allowance of Appeal is **DENIED**.